UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHALON SAUL, INDIVIDUALLY,** | * | **CIVIL ACTION 2:23-cv-02440** |
| **MARCUS C. SAUL, INDIVIDUALLY,** | * | |
| **AND MARLAND J. SAUL,** | * | |
| **INDIVIDUALLY** | * | |
| | * | |
| **VERSUS** | * | **JUDGE: DARREL JAMES PAPILLION** |
| | * | |
| **GEOVERA SPECIALTY** | * | **MAGISTRATE JUDGE:** |
| **INSURANCE COMPANY** | * | **KAREN WELLS ROVY** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT MOTION AND ORDER FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, SHALON SAUL, INDIVIDUALLY, MARCUS C. SAUL, INDIVIDUALLY, AND MARLAND J. SAUL, INDIVIDUALLY and Defendant, GEOVERA SPECIALTY INSURANCE COMPANY, appearing herein through undersigned counsel of record, and on suggesting to the Court that this matter has been compromised and settled and therefore should be dismissed, with full prejudice, each party to bear its own costs.

BY ATTORNEYS:

| | |
|---|---|
| */s/ Kellye R. Grinton* | */s/ Hannah E. Mayeaux* |
| **KELLYE R. GRINTON (#34738)** | **HANNAH E. MAYEAUX (#39275)** |
| **ELEANOR W. WALL (#29695)** | **DAVID H. HANCHEY (#19927)** |
| **EMILY S. MORRISON (#18351)** | The Townsley Law Firm |
| **LAURA WELCH (#33060)** | 3102 Enterprise Boulevard |
| Porteous, Hainkel & Johnson, L.L.P. | Lake Charles, LA 70601 |
| 301 St. Charles Street | Telephone: (337) 478-1400 |
| Baton Rouge, LA 70802 | |
| Telephone: (225) 383-8900 | *Attorneys for Plaintiffs* |
| | |
| *Attorneys for Geovera Specialty Insurance Company* | |

1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 15th day of November, 2024, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send notice of electronic filing to counsel of record.

/s/ Kellye R. Grinton
KELLYE R. GRINTON